# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 04-30041** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CHARLES J. MILLER** | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

For the reasons contained in the January 13, 2005 Report and Recommendation of the Magistrate Judge [Doc. No. 18] previously filed herein, and after an independent review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Defendant's Motion to Suppress [Doc. #12] is DENIED.

MONROE, LOUISIANA this 10th day of March, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE